Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

*ORDER*

PER CURIAM.

Defendant, Michael E. Taylor, appeals the judgment entered on his convictions for attempted forcible rape, § 566.030, RSMo Supp.1993, forcible sodomy, § 566.060, RSMo Supp.1993, two counts of armed criminal action, § 571.015, RSMo 1994, and burglary in the first degree, § 569.160, RSMo 1994. He also appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. These appeals have been consolidated for review pursuant to Rule 29.15(*l*). We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments of the trial court and motion court are affirmed in accordance with Rules 30.25(b) and 84.16(b).

Richard E. Schwartz, James E. Parrot, Richard Schwartz & Assoc., Ltd., St. Louis, for defendant/appellant.

Craig A. Smith, Gregory Overstreet, Suelthaus & Walsh, P.C., St. Louis, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and KAROHL, JJ.

*ORDER*

PER CURIAM.

Appellant appeals from a judgment in favor of respondent for rent and damages in a judge tried case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo.banc 1976)[1–3].

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum, for their information only, explaining the reasons for this order. Respondent's request for damages for frivolous appeal pursuant to Rule 84.19 is denied.

The judgment is affirmed in accordance with Rule 84.16(b).

FIRST MORGAN, L.L.C., Plaintiff/Respondent,

v.

RICHARD SCHWARTZ & ASSOCIATES, LTD., P.C., Defendant/Appellant.

No. 68956.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 8, 1996.

Oliver VALIANT, Jr., Petitioner/Respondent,

v.

Christine West VALIANT, Respondent/Appellant.

No. 69439.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 8, 1996.